```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-47173 WJL** |
| **JOSEPH EDWIN SILVA,** | **Chapter 13** |
|     **Debtor.** | **AMENDED MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF** |
| _____/ | <u>**DEADLINE TO REQUEST A HEARING**</u> |

The above-named debtor applies to the court for an order to modify his Chapter 13 Plan as follows:

Commencing April 2011, debtor will pay $230.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds:

Debtor is currently unemployed.

**NOTICE IS HEREBY GIVEN:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned

within twenty one (21) days of mailing of this notice;

    (ii)  That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

    (iii)  That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

    (iv)  That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: May 2, 2011

                             /s/ Patrick L. Forte
                             PATRICK L. FORTE
                             Attorney for Debtor